IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:07CR236-TFM |
| | ) | (18 U.S.C. 641) |
| SHANE D. WARD | ) | |
| | ) | |
| | ) | **INFORMATION** |
| | ) | |

The United States Attorney charges:

COUNT

On or about the 15th day of June, 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, SHANE D. WARD did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*Satura McPherson*
SATURA McPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786
Fax:  334-953-2787

STATE OF ALABAMA             )
                             )          **AFFIDAVIT**
COUNTY OF MONTGOMERY         )


The undersigned, being first duly sworn, deposes and says:

    I, EDWARD L. McINTYRE, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 30 May 2007, via closed circuit monitor, I observed a subject, later identified as SHANE D. WARD, at the Maxwell Base Exchange (BX). WARD selected a pair of Fossil sunglasses. He shopped around the store for awhile, paid for several other items and departed the store without rendering proper payment. WARD had placed the sunglasses on the hat he was wearing with the price sticker showing. WARD was stopped and asked to the loss prevention office. WARD stated he stuck them on his hat while shopping and forgot to pay for them. Security Forces was called and assumed the case. The value of the sunglasses was $28.00.

                                                              EDWARD L. MCINTYRE

Subscribed and sworn to before me this 19th day of September, 2007.


                                                              AUDREY F. GRIFFIN
                                                              Notary Public
                                                              State of Alabama

                                                               NOTARY PUBLIC STATE OF ALABAMA AT LARGE
                                                              MY COMMISSION EXPIRES: July 19, 2009
                                                              BONDED THRU NOTARY PUBLIC UNDERWRITERS