**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07CR236-TFM |
| ) | |
| SHANE D. WARD ) | |

### MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, **SHANE D. WARD**, by Undersigned Counsel, Donnie W. Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the January 2008 trial term. In support of this Motion, Mr. Ward would show the following:

1. This case is currently scheduled for trial on January 14, 2008.

2. Undersigned Counsel has four felony trials now set for the January trial term, all of which he expects to go to trial. Further, during the second week of the trial term Undersigned Counsel is scheduled to be in Colorado to attend the Advanced Criminal Law Seminar, which is presented by the National Association of Criminal Defense Lawyers, and which will satisfy mandatory continuing legal education requirements.

3. A continuance will serve the ends of justice.

4. Special Assistant United States Attorney Satura McPherson does not oppose a continuance.

**WHEREFORE**, for the reasons set forth above, the Defendant moves this Court to issue an Order continuing the trial from January 14, 2008.

Dated this 29th day of November, 2007.

                                                  Respectfully submitted,

                                                  s/ Donnie W. Bethel
                                                  DONNIE W. BETHEL
                                                  Assistant Federal Defender
                                                  201 Monroe Street, Suite 407
                                                  Montgomery, Alabama 36104
                                                  Phone: (334) 834-2099
                                                  Fax: (334) 834-0353
                                                  E-mail:don_bethel@fd.org
                                                  IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | Case No.: 2:07CR236-TFM |
| ) | |
| SHANE D. WARD    ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama  36101

Satura L. McPherson
Special Assistant United States Attorney
50 LeMay Plaza South
Montgomery, Alabama 36112

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49