IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA            )
                                    )
        v                           )            CRIMINAL ACTION NO
                                    )            2:07CR236-TFM
SHANE D. WARD                       )


**ORDER**

A pretrial conference in this matter will be held on 2/15/2008, at 11:00 a.m. before the

undersigned Magistrate Judge in Courtroom 4-A. The pretrial conference in this matter

previously scheduled on 12/20/2007 is hereby CANCELED.

Done this 30th day of November, 2007.


                                    /s/Terry F. Moorer
                                    TERRY F. MOORER
                                    UNITED STATES MAGISTRATE JUDGE