IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cr-236-TFM |
| | ) | |
| SHANE D. WARD | ) | |

### MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information without prejudice heretofore filed in the above styled cause on the grounds, to wit:  In the best interest of justice.

Respectfully submitted this the 6th day of December, 2007.

        Respectfully submitted,

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        **s/Satura McPherson**
        SATURA MCPHERSON
        Special Assistant United States Attorney
        42 ABW/JA
        50 LeMay Plaza South
        Maxwell AFB, AL  36112-6334
        Telephone:  334-953-2786
        Fax:  334-953-2787
        E-Mail: Satura.Mcpherson@maxwell.af.mil

### CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

        **s/Satura McPherson**
        SATURA MCPHERSON
        Special Assistant United States Attorney
        42 ABW/JA
        50 LeMay Plaza South
        Maxwell AFB, AL  36112-6334
        Telephone:  334-953-2786
        Fax:  334-953-2787
        E-Mail: Satura.Mcpherson@maxwell.af.mil

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cr-236-TFM |
| | ) | |
| SHANE D. WARD | ) | |

**ORDER**

Upon consideration of the Motion for Leave to Dismiss Original Information as to SHANE D.WARD heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this ____ day of _____, 2007.

_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE